IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBBIE JENKINS, | § | |
| Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. H-05-538 |
| GARY EISNER, INC., d/b/a ANSWER FIRST | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

On May 26, 2005, the parties consented to proceed before a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment (Docket Entry #13). The parties advised the court that a settlement had been reached and Plaintiff no longer wishes to pursue the pending claims. Therefore, it is

ORDERED that this case is DISMISSED, with prejudice. Each party to bear its own costs.

This is a FINAL JUDGMENT.

The Clerk shall enter this Final Judgment and provide a true copy to all counsel of record.

Signed, at Houston, Texas, this 27th day of September, 2005.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE